# Exhibit "C"

*Plaintiff's Request for Exemption*

Electronically Filed
7/8/2020 8:58 AM
Steven D. Grierson
CLERK OF THE COURT

REA
Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey & Tingey
2001 W. Charleston Blvd.
Las Vegas, Nevada 89102
Telephone: (702) 333·0000
Facsimile: (702) 333·0001
justin@tingeylawfirm.com
Attorney for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| JESSICA LIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>　　　　Defendant. | Case No: A-20-816280-C<br>Dept No: XIV |

PLAINTIFF'S REQUEST FOR EXEMPTION FROM ARBITRATION

COMES NOW plaintiff Jessica Lis, by and through the attorney, Justin L. Dewey, Esq. of the law firm Tingey & Tingey, and petitions that the above-entitled matter be exempted from arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case:

1. \_\_\_\_    presents a significant issue of public policy;
2. _X_    involves an amount in issue in excess of $50,000;
3. \_\_\_\_    unusual circumstances which constitute good cause for removal.

On July 16, 2018, the plaintiff was injured as the result of an unsafe condition (wet floor) that existed on the property of defendant Walmart Inc., located in Clark County, Nevada. As a result of the injury, the plaintiff had medical treatment including a knee surgery. The total amount of the known special damage is **$60,969.55**, summarized as follows:

| | |
|---|---:|
| Surgical Arts Center | $29,182.00 |
| Knee and Shoulder Institute | 15,905.00 |
| Centennial Hills Hospital | 1,885.00 |
| Shadow Emergency Physicians | 853.00 |
| Desert Radiology | 5,053.55 |
| Las Vegas Spine & Pain Center | 3,335.00 |
| UNLV Family Medicine | 151.00 |
| Mountain View Hospital ER at Aliante | 4,078.00 |
| Fremont Emergency Associates | 486.00 |
| Radiology Specialists | 41.00 |

1

Based on the standard applied to a petition for exemption and the allegations stated by the plaintiff, it appears that the reasonable value of this case is such that it should be removed from the arbitration program.

I hereby certify pursuant to NRCP 11 this case to be within the exemption marked above and I am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

Dated this 7th day of July 2020.

>Tingey & Tingey
>
>_____
>Justin L. Dewey, Esq.
>2001 W. Charleston Blvd.
>Las Vegas, NV 89102
>Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing PLAINTIFF'S REQUEST FOR EXEMPTION FROM ARBITRATION was served to the following:

Latisha Robinson, Esq.
Phillips, Spallas & Angstadt
504 South Ninth Street
Las Vegas, NV 89101
Attorney for Defendant

Dated this 8th day of July 2020.

>\_\_\_\_*Alejandra Jimenez*\_\_\_\_
>An Employee of Tingey & Tingey