ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net
lrobinson@psalaw.net

*Attorneys for Defendant*
*Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA LIS,<br><br>          Plaintiff,<br><br>vs.<br><br>WALMART INC. and DOE I through X, inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-01324-JCM-EJY<br><br>**JOINT STATUS REPORT REGARDING REMOVAL** |

Pursuant to Court's Minute Order dated July 17, 2020 [ECF No. 2], Plaintiff JESSICA LIS (hereinafter "Plaintiff) and  Defendant WALMART INC. CLUB (hereinafter "Walmart" or "Defendant"), by and through their respective counsel of record, hereby submit the following Joint Status Report Regarding Removal.

**I.       STATUS OF ACTION**

Plaintiff filed her Complaint on June 9, 2020 in the Eight Judicial District Court, Clark County, of the State of Nevada. Defendant was served with the Summons and Complaint on June 11, 2020. Defendant filed its Answer to Plaintiff's Complaint on July 1, 2020. Defendant then removed this action to the United States District Court, District of Nevada on July 17, 2020. Defendant filed its Statement

Regarding Removal on July 17, 2020, pursuant to this Court's July 17, 2020 Minute Order [ECF 2]. The parties have conducted their FRCP 26(f) conference on July 27, 2020. Defendant filed their Certificate of Interested Parties on July 17, 2020 and Plaintiff filed the same on July 22, 2020. There are no pending motions or other matters before the Court.

## II.   ACTION REQUIRED TO BE TAKEN BY THE COURT

None at this time.

## III.   COPIES OF MATTERS NOT ATTACHED TO THE NOTICE OF REMOVAL

All papers and pleadings submitted by the parties prior to removal were attached to the Notice of Removal.

DATED this 21st day of August, 2020.

**TINGEY & TINGEY**

/s/ Justin L. Dewey
_____
BRUCE D. TINGEY, ESQ.
Nevada Bar No. 5151
JUSTIN L. DEWEY, ESQ.
Nevada Bar No. 14508
2001 W. Charleston Blvd.
Las Vegas, NV 89102

*Attorneys for Plaintiff*
*Jessica Lis*

DATED this 21st day of August, 2020.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Latisha Robinson
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ
Nevada Bar No. 15314
504 South Ninth Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2020, I served a true and correct copy of the foregoing, **JOINT STATUS REPORT REGARDING REMOVAL**, as follows:

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☐ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| BRUCE D. TINGEY, ESQ.<br>Nevada Bar No. 5151<br>JUSTIN L. DEWEY, ESQ.<br>Nevada Bar No. 14508<br>TINGEY & TINGEY<br>2001 W. Charleston Blvd.<br>Las Vegas, Nevada 89102 | Phone 702-333-0000<br>Fax     702-333-0001 | Plaintiff |

*/s/ Clarissa Reyes*
_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC