ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
P: (702) 938-1510
E: rphillips@psalaw.net
   mwessel@psalaw.net
   lrobinson@psalaw.net

*Attorneys for Defendant
Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA LIS,<br><br>                    Plaintiff,<br>vs.<br><br>WALMAR INC. and DOES I through X, inclusive,<br><br>                    Defendant(s). | Case No.:  2:20-cv-01324-JCM -EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SETTLEMENT CONFERENCE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1  Plaintiff JESSICA LIS (hereinafter "Plaintiff") and Defendant WALMART INC. (hereinafter
2  "Defendant" or "Walmart"), by and through their respective counsel of record, do hereby stipulate and
3  request that the Court set this matter for settlement conference before a United States Magistrate Judge
4  pursuant to Local Rule 16-5. The parties respectfully request that the Court issue an order scheduling a
5  settlement conference between the parties in this matter

DATED this 6th day of April, 2021.   DATED this 6th day of April, 2021.

**TINGEY & TINGEY**   **PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Justin L. Dewey*   */s/ Latisha Robinson*
_____   _____
BRUCE D. TINGEY, ESQ.   ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 5151   Nevada Bar No. 11441
JUSTIN L. DEWEY, ESQ.   MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14508   Nevada Bar No. 14131
2001 W. Charleston Blvd.   LATISHA ROBINSON, ESQ.
Las Vegas, NV 89102   Nevada Bar No. 15314
                       504 South Ninth Street
*Attorneys for Plaintiff*   Las Vegas, NV 89101
*Jessica Lis*
                       *Attorneys for Defendant*
                       *Walmart Inc.*

**IT IS SO ORDERED that the Stipulation and Order for Settlement Conference (ECF No. 26) is GRANTED.**

**IT IS FURTHER ORDERED that the Court will issue a separate order setting the settlement conference.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 6, 2021